IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ELMER LEE JEFFERSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 3:08CV000146SWW |
| | * |
| CARLOCK, | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, this action is dismissed with prejudice.

DATED this 9th day of September 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE